IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RAYMOND CALIHAN, ) | No. C 12-3180 JSW (PR) |
| Petitioner, ) | **ORDER OF TRANSFER** |
| vs. ) | |
| WILLIAM KNIPP, Warden, ) | (Docket No. 2) |
| Respondent. ) | |

Petitioner is a state prisoner currently incarcerated in Tehachapi, California. He has filed a pro se petitions for a writ of habeas corpus under 28 U.S.C. § 2254 challenging disciplinary proceedings that occurred at Mule Creek State Prison, where he was formerly housed, and that resulted in his losing "good time" credits against his sentence. Tehachapi and Mule Creek State Prison both lie within the venue of the Eastern District of California. *See* 28 U.S.C. § 84.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *Id.* If the petition is directed to the manner in which a sentence is being executed, as it is in this case insofar as it involves time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

1  As Petitioner is confined in the Eastern District, this action is TRANSFERRED to
2  the United States District Court for the Eastern District of California. *See* 28 U.S.C. §
3  1406(a). Ruling on the pending application for leave to proceed in forma pauperis
4  (docket number 2) is deferred to the Eastern District in light of this transfer.
5  The Clerk of the Court shall transfer this matter forthwith.
6  IT IS SO ORDERED.
7  DATED: July 9, 2012

8  JEFFREY S. WHITE
   United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

KENNETH RAYMOND CALIHAN,

        Plaintiff,

  v.

WILLIAM KNIPP et al,

        Defendant.

Case Number: CV12-03180 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Raymond Calihan
F17158
P O Box 3476
Tehachapi, CA 93581

Dated: July 9, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk